IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT NOWELL, JR., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00461 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| MARTIN KUMER, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Nowell's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim and the Clerk shall STRIKE this action from the active docket of the court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: November 17, 2015.

*Elizabeth K. Dillon*
United States District Judge